Michael W. Anderson (CSB 232525)
ARGUEDAS, CASSMAN & HEADLEY LLP
803 Hearst Avenue
Berkeley, CA 94710
Telephone:   (510) 845-3000
Facsimile:    (510) 845-3003

Attorneys for Defendant Dave Chabria

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.  10-MJ-70755-MAG |
| Plaintiff, | |
| v. | [~~PROPOSED~~] ORDER TO EXCLUDE TIME |
| DAVE PREM CHHABRIA, | |
| Defendant. | |

On September 2, 2010, the parties in the above-captioned matter appeared before United States Magistrate Judge Bernard Zimmerman.  At that court appearance, the Court set an arraignment date of September 16. 2010.  Government counsel and counsel for Defendant Chhabria agreed that the time between September 2, 2010 and September 16, 2010 should be excluded from the Speedy Trial Act pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and B(i), (ii) and (iv).

Based upon the representations made by the parties in open court on September 2, 2010, and good cause appearing therefore, IT IS HEREBY ORDERED that the time between September 2, 2010 and September 16, 2010 be excluded from the computation of the period within which the trial must commence for the reasons and

1

1  based upon the statutory provisions set forth above, and for those reasons proffered
2  by the parties in open court. Based upon the grounds set forth above, the Court finds
3  that the ends of justice outweigh the interests of the public and the parties in a speedier
4  trial, and that failure to grant such a continuance would likely result in a miscarriage of
5
6  justice.

7
8  Dated: 16 Sept 10                   /s/ Bernard Zimmerman
9                                       BERNARD ZIMMERMAN
                                         UNITED STATES MAGISTRATE JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28